1  ROBBINS GELLER RUDMAN
     & DOWD LLP
2  DAVID C. WALTON (167268)
   CATHERINE J. KOWALEWSKI (216665)
3  655 West Broadway, Suite 1900
   San Diego, CA  92101-3301
4  Telephone:  619/231-1058
   619/231-7423 (fax)
5  davew@rgrdlaw.com
   katek@rgrdlaw.com
6
   KENDALL LAW GROUP, LLP
7  ELTON JOE KENDALL
   JAMIE JEAN MCKEY
8  ROY "SCOTT" KENDALL
   KARL RUPP (168930)
9  3232 McKinney Avenue, Suite 700
   Dallas, TX 75204
10 Telephone:  214/744-3000
   214/744-3015 (fax)
11
   Attorneys for Plaintiff
12

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARL ENGLUND, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>     vs.<br><br>CVB FINANCIAL CORP., CHRISTOPHER D. MYERS and EDWARD J. BIEBRICH, JR.,<br><br>            Defendants. | No. CV 10-06815<br><br>**CLASS ACTION** |

**RESPONSE TO ORDER TO SHOW CAUSE**

1  Scott Kendall, counsel for Plaintiff Carl Englund, Jr., submits this Response to
2  the November 4, 2010 Order to Show Cause entered in the above-captioned case.
3  On September 14, 2010, Scott Kendall was listed as counsel on the Complaint
4  for Violation of Federal Securities Laws.  On October 4, 2010, Kendall Law Group,
5  LLP received notice from this Court that "Scott M. Kendall" should file an
6  Application of Non-Resident Attorney to Appear in a Specific Case.  Because there is
7  speculation that Mr. Kendall will not appear in this Court during this litigation, the
8  Kendall Law Group, LLP has not yet filed said Application.
9  On November 4, 2010, an Order to Show Cause was entered in this matter
10 claiming that "Scott M. Kendall" is not a licensed attorney in the State of Texas.
11 However, the plaintiff has not referenced a "Scott M. Kendall" at any time; thus, it
12 seems as though the Order to Show Cause may have been based on a clerical error.  It
13 is true that the State Bar of Texas has no active member by the name of "Scott M.
14 Kendall;" however, the Scott Kendall affiliated with Kendall Law Group, LLP, and
15 listed as counsel of record in this matter, is Roy Scott Kendall, Texas Bar Number
16 00797920.
17 Roy 'Scott' Kendall was admitted to practice by the State Bar of Texas on
18 January 16, 1997 and has remained a member in good standing since that time.  *See*
19 Exhibit A, a photocopy of Roy Scott Kendall's State Bar of Texas Bar Card.  *See*
20 Exhibit B, State Bar of Texas Profile Page for Roy 'Scott' Kendall.  *See* Exhibit C,
21 Certificate of Good Standing for Roy Scott Kendall from the State Bar of Texas.  *See*
22 Exhibit D, copy of issued licenses for the Northern (Scott Kendall), Southern (Scott
23 Kendall) and Eastern (Roy Scott Kendall) Federal District Courts in the State of
24 Texas.
25 Roy 'Scott' Kendall hereby responds to the Order to Show Cause, and to avoid
26 any future complication or assertions that Mr. Kendall is not licensed to practice in the
27 State of Texas, Mr. Kendall respectfully requests that the Court correct the docket to
28 reflect that he *is* licensed to practice law by the State Bar of Texas.

| | | |
|---|---|---|
| 1 | DATED: November 5, 2010 | KENDALL LAW GROUP, LLP<br>ELTON JOE KENDALL<br>JAMIE JEAN MCKEY<br>ROY "SCOTT" KENDALL<br>KARL RUPP (168930) |

_____
KARL RUPP
3232 McKinney Avenue, Suite 700
Dallas, TX 75204
Telephone: 214/744-3000
214/744-3015 (fax)

ROBBINS GELLER RUDMAN
 & DOWD LLP
DAVID C. WALTON
CATHERINE J. KOWALEWSKI
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

Attorneys for Plaintiff

- 3 -

# Exhibit A





# Exhibit B



STATE BAR *of* TEXAS

{ Back to Search Results }

OVERVIEW

CONTACT AND MAP



**Mr. Roy Scott 'Scott' Kendall**
Bar Card Number:          00797920

Work Address:             3232 McKinney Ave Ste 700

                          Dallas, TX 75204
Work Phone Number:        214-744-3000
Primary Practice Location: DALLAS , Texas

Current Member Status
Eligible To Practice In Texas

{ CONTACT THIS LAWYER }
{ VISIT LAWYER WEBSITE }

In cooperation with

**License Information**
Bar Card Number:          00797920
Texas License Date:       01/16/1997

**Practice Information**
Firm:                     Kendall Law Group, LLP
Firm Size:                2 to 5
Occupation:               Private Law Practice
Practice Areas:           Securities Law
Services Provided:        Language translation:    Not Specified
                          Hearing impaired translation:    Not Specified
                          ADA-accessible client service:   Not Specified
Languages Spoken:         None Reported By Attorney

**Law Schools**

| Law School | Graduation Date | Degree Earned |
|---|---|---|
| Texas Wesleyan University | 12/1996 | Doctor of Jurisprudence/Juris Doctor (J.D.) |

**Public Disciplinary History**
State of Texas*

Case 2:10-cv-06815-MMM -PJW   Document 18   Filed 11/05/10   Page 8 of 15   Page ID #:83

| Sanction | Date of Entry | Sanction Date Start - End | Probation Date Start - End |
|---|---|---|---|
| No Public Disciplinary History — Texas | | | |

*NOTE: Only Texas disciplinary sanctions within the past 10 years are displayed. For sanction information beyond 10 years, information about a specific disciplinary sanction listed above or to request a copy of a disciplinary judgement, please contact the Office of the Chief Disciplinary Counsel at (877) 953-5535. There is a $15.00 fee for each disciplinary judgment copied.

**Other States**

| Sanction | State | Sanction Date Start - End |
|---|---|---|
| None Reported By Attorney | | |

**Statutory Profile Last Certified On:**   11/05/2010

The Texas Attorney Profile provides basic information about Attorneys licensed to practice in Texas. Attorney profile information is provided as a public service by the State Bar of Texas as outlined in Section 81.115 of the Texas Government Code. The information contained herein is provided "as is" with no warranty of any kind, express or implied. Neither the State Bar of Texas, nor its Board of Directors, nor any employee thereof may be held responsible for the accuracy of the data. Much of the information has been provided by the attorney and is required to be reviewed and updated by the attorney annually. The information noted with an asterisk (*) is provided by the State Bar of Texas. Texas grievance/disciplinary information will not appear on the profile until a final determination is reached. Access to this site is authorized for public use only. Any unauthorized use of this system is subject to both civil and criminal penalties. This does not constitute a certified lawyer referral service.

**Kendall Law Group, LLP**
3232 McKinney Ave Ste 700
Dallas, TX 75204
**Phone: 214-744-3000**

Email Me
Download vCard
Show in Google Maps
Show in Google Earth

Back

# Exhibit C

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

February 1, 2010

Re:   Roy Scott Kendall, State Bar Number 00797920

To Whom It May Concern:

This is to certify that Mr. Roy Scott Kendall was licensed to practice law in Texas on January 16, 1997, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No previous disciplinary sanctions have been entered against Mr. Kendall's law license.

Sincerely,

Linda A. Acevedo
Chief Disciplinary Counsel

LA/lg



# Exhibit D

# THE UNITED STATES OF AMERICA

United States District Court

Southern District of Texas



I, David J. Bradley, Clerk of the United States District Court for the Southern District of Texas, do hereby certify that

## Scott Kendall

was duly admitted and qualified as an Attorney and Counselor of said District Court on the **18th** day of **March, A.D., 2010**

Admission No. 1066032

In testimony whereof, I hereunto set my hand and affix the seal of said Court, at my office in **Houston** in the Southern District of Texas, this **7th** day of **April**, A.D., 2010,

Clerk





United States District Court
Northern District of Texas

I, Karen Mitchell, Clerk of the United States District Court, do hereby certify that

Scott Kendall

was duly admitted and qualified to practice as an Attorney in the District Court on the 20th day of July, 2000.

In testimony whereof, I hereunto set my hand and affix the seal of said Court, at my office in Dallas, Texas, on this day, January 15, 2010.

Karen Mitchell
Clerk of Court

By: Charlotte A. Braswell
Charlotte A. Braswell
Deputy Clerk