JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-06256-MMM(PJWx)<br>CV 10-06815-MMM(PJWx) | Date | January 21, 2011 |
|---|---|---|---|

| Title | Barry R. Loyd vs CVB Financial Corporation, et al<br>Carl Englund, Jr. vs CVB Financial Corporation, et al |
|---|---|

| Present: The Honorable | MARGARET M. MORROW |
|---|---|

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** **CONSOLIDATION OF CASE UNDER CASE NUMBER CV 10-06258 AND TERMINATION OF CASE NUMBER CV 10-06815**

The court has consolidated Case No. CV 10-06815-MMM(PJWx) with Case No. CV10-06256-MMM(PJWx) for all purposes and for trial.  For ease of record keeping, the court orders that all further documents and proceedings occur under Case No. CV 10-06256, and that Case No. CV 10-06815 be closed.  Counsel are directed to file all further documents under Case No. **CV 10-06256-MMM(PJWx) only.**  The documents should utilize the caption of the original filed case to which they relate.